IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHAVAUGHN SANDERS,

    222 Jefferson Street NW, Apt. 2
    Washington, District of Columbia 20011

    Plaintiff,

v.                                                           Civil Action No.: 1:23-cv-01230

COSTCO WHOLESALE CORPORATION,

    999 Lake Drive
    Issaquah, Washington 98027

    Defendant.

## ANSWER

COMES NOW the Defendant, Costco Wholesale Corporation ("Costco"), by counsel, and states as follows for its Answer to Plaintiff's Complaint:

1. Upon information and belief, Costco admits the allegations contained in Paragraph 1 of Plaintiff's Complaint.

2. Costco admits the allegations contained in Paragraph 2 of Plaintiff's Complaint.

## JURISDICTION AND VENUE

3. Paragraph 3 of Plaintiff's Complaint contains legal conclusions which require no response from Costco. To the extent a response is required, Costco denies the allegations contained in Paragraph 3 of Plaintiff's Complaint.

## COUNT I (Negligence)

4. Costco incorporates its responses to Paragraphs 1-3 as if fully set forth herein.

5. Costco denies the allegations contained in Paragraph 5 of Plaintiff's Complaint.

6. Costco denies the allegations contained in Paragraph 6 of Plaintiff's Complaint.

7. Costco denies the allegations contained in Paragraph 7 of Plaintiff's Complaint.

8. Costco denies the allegations contained in Paragraph 8 of Plaintiff's Complaint.

9. Paragraph 9 of Plaintiff's Complaint and its subparts a-h contain legal conclusions which require no response from Costco. To the extent a response is required, Costco denies the allegations contained in Paragraph 9 of Plaintiff's Complaint and in each of its subparts a-h.

10. Costco denies the allegations contained in Paragraph 10 of Plaintiff's Complaint and in each of its subparts a-h.

11. Costco denies the allegations contained in Paragraph 11 of Plaintiff's Complaint.

## **AFFIRMATIVE DEFENSES**

12. Costco denies all allegations in Plaintiff's Complaint not specifically admitted herein.

13. Costco denies it was guilty of any negligence or the breach of any duty it may have owed the Plaintiff.

14. Costco states that the Plaintiff's causes of action are barred because the alleged damages were not proximately caused by any act or omission of Costco.

15. Costco alleges that the Plaintiff failed to mitigate her damages.

16. Costco alleges that the Plaintiff was not injured in the amount or to the extent alleged, if at all.

17. Plaintiff's injuries, if any, were the sole proximate result of the negligence of another or others for whom Costco is not responsible, and/or a cause or causes over which Costco had no control, and for which it is not responsible in law to Plaintiff.

18. Plaintiff's causes of action are barred in whole or in part because Costco did not owe any legal duty to Plaintiff or, if Costco owed a legal duty to Plaintiff, Costco did not breach that duty.

19. Costco alleges that Plaintiff was guilty of contributory negligence that was a proximate cause of the incident and any injuries allegedly incurred.

20. Plaintiff voluntarily and knowingly assumed the risk of the incident and her injuries.

21. Plaintiff's causes of action are barred in whole or in part because none of the alleged acts or omissions of Costco were the proximate cause of the injuries allegedly sustained by the Plaintiff.

22. Costco denies it is indebted to the Plaintiff in any manner or for any amount.

23. Costco reserves the right to assert at trial any and all properly provable defenses it may have to this action and further, reserves the right to amend its Answer accordingly if it be so advised.

WHEREFORE, Defendant Costco Wholesale Corporation., by counsel, denies it is liable to Plaintiff in any amount whatsoever and moves that this action be dismissed and that the plaintiff be ordered to pay the costs incurred in the defense of this action.

COSTCO WHOLESALE CORPORATION

By:    /s/ J. Matthew Haynes, Jr., Esquire
           Counsel

J. Matthew Haynes, Jr., Esquire
Washington D.C. Bar No.: 992067
MCCANDLISH HOLTON
1111 East Main Street, Suite 2100
P.O. Box 796
Richmond, VA  23218
(804) 775-3100 Telephone
(804) 775-3800 Facsimile
mhaynes@lawmh.com
*Counsel for Costco Wholesale Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of May, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send notification of such filing (NEF) and transmitted the same via First Class Mail, to the following:

Anaek S. Johal (DC Bar #1027320)
Seann Patrick Malloy (DC Bar #940343)
Malloy Law Offices, LLC
7910 Woodmont Avenue, Ste 1250
Bethesda, Maryland 20814
anaek@malloy-law.com
seann@malloy-law.com
*Counsel for Plaintiff*

/s/ J. Matthew Haynes, Jr., Esquire
J. Matthew Haynes, Jr., Esquire
Washington D.C. Bar No.: 992067
MCCANDLISH HOLTON
1111 East Main Street, Suite 2100
P.O. Box 796
Richmond, VA  23218
(804) 775-3100 Telephone
(804) 775-3800 Facsimile
mhaynes@lawmh.com
*Counsel for Costco Wholesale Corporation*